## Commonwealth, Department of Highways, *v.* Miller, Appellant.

Argued September 12, 1968. *David McNeil Olds,* with him *Reed, Smith, Shaw & McClay,* for appellant; *Reynold J. Kosek,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

Order and sentence affirmed.

## Commonwealth ex rel. Gold, Appellant, *v.* Gold.

Argued September 11, 1968. *H. Fineman,* with him *Morris Passon,* for appellant; *Grace Cohn,* for appellee.

Order affirmed.